## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Clifford Mahaley, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. Your affiant is an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510 (7). Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations and to make arrest for the offenses enumerated in Title 18, United States Code, Section 2516. Your affiant is currently assigned to ATF San Juan conducting investigations of federal firearms violations and other federal violations. Your affiant was also previously employed by the City of Charlotte, North Carolina as a Police Officer for several years.

2. Your affiant has conducted investigations into the unlawful possession of firearms. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. Your affiant is familiar and has participated in various methods of investigations, including, but not limited to: electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses, and use of toll records and subscribers information.

3. Your affiant has conducted and participated in numerous investigations to include: crime scene investigations, collection of evidence, interviews, and the execution of search warrants.

1

4. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Jaime **PEREZ-TORRES** violated Title 18, United States Code, Section 922(o) (possession of a machinegun). Therefore, I have not included all of the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

5. On or about November 17, 2025, at approximately 5:30 p.m., Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) consulted with Agents of the Puerto Rico Police Department (PRPD) Motor Unit Precinct located in Bayamón, Puerto Rico, regarding a firearms-related arrest.

6. According to PRPD Agents, on November 17, 2025, at approximately 4:30 p.m., they were conducting a violent-crime-prevention patrol inside the Villa de Sabana Public Housing Project, located in Toa Baja, Puerto Rico. During the patrol, they observed a male individual— later identified by law enforcement as Jaime **PEREZ-TORRES** (hereafter "**PEREZ-TORRES**")—with a large extended pistol magazine protruding from the pocket of his shorts. PRPD Agents stated that **PEREZ-TORRES** was walking on a sidewalk when they saw the extended magazine, exited their patrol vehicle and approached him.

7. PRPD Agents immediately detained **PEREZ-TORRES**. When asked whether he possessed a firearms license, **PEREZ-TORRES** replied, "no." During a subsequent frisk, PRPD Agents removed an extended pistol magazine from his right shorts pocket. As the frisk continued, a

2

firearm fell from inside his shorts; PRPD Agents were able to recover it before it struck the ground. Agents also removed a Coach-brand purse that **PEREZ-TORRES** had strapped across his torso. The purse contained six (6) loaded pistol magazines, eighteen (18) individual baggies of suspected marijuana, and U.S. currency. PRPD Agents also recovered the cellular telephone that **PEREZ-TORRES** was holding. PRPD Agents placed **PEREZ-TORRES** under arrest for weapons violations and verbally advised him of his Miranda warnings. He was then transported to the PRPD Motor Unit Precinct in Bayamón for processing.

8. The following items were recovered from the person of **PEREZ-TORRES** by PRPD Agents:

   - One (1) Glock pistol, Model 19, 9x19mm, black in color, bearing serial number BGNH160, loaded with one (1) round of 9mm ammunition in the chamber and fourteen (14) rounds in the attached the magazine;
   - One (1) extended pistol magazine loaded with approximately thirty-five (35) rounds of 9x19mm ammunition (seized from his pant pocket);
   - Six (6) additional pistol magazines loaded with approximately one hundred one (101) rounds of 9x19mm ammunition;
   - Eighteen (18) individual baggies containing suspected marijuana;
   - One (1) Apple iPhone;
   - U.S. Currency.



9. On November 17, 2025, at approximately 7:48 p.m., ATF Agents attempted to conduct a custodial interview of **PEREZ-TORRES** at the PRPD Motor Unit Precinct in Bayamón, Puerto Rico. ATF Agents advised him of his Miranda Rights in the Spanish language. **PEREZ-TORRES** stated that he understood his rights and declined to speak with Agents. The interview was immediately terminated.

10. ATF Agents conducted a preliminary function test on the aforementioned firearm. The results were consistent with the firearm being capable of discharging more than one round of ammunition with a single pull of the trigger.

11. The machinegun conversion device is readily noticeable by anyone who handles the firearm given the contrast between its silver color and the black firearm. It also extends from the back of the firearm slide.

4



12. According to my training and experience, the number of magazines and ammunition (151 rounds) possessed by **PEREZ-TORRES** is not exclusive to but indicative of a person in possession of a machinegun.

[space left intentionally blank]

## **CONCLUSION**

13. Based on the above facts, I respectfully submit there is probable cause to believe that Jaime **PEREZ-TORRES** violated Title 18, United States Code, Section 922(o) (possession of a machinegun).

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

Clifford Mahaley
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn pursuant to FRCP 4.1 at  1:40 PM  by telephone, this  18th  day of November, 2025.

Marcos E. López
United States Magistrate Judge
United States District Court
District of Puerto Rico

6